FILED
 2012 Oct-11  PM 12:47
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **BONNIE SUE PARKER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: **5:12-cv-02125-JEO** |
| ) | |
| **FINANCIAL CREDIT SERVICE,** ) | |
| **INC., a/k/a ARA, INC., a/k/a ASSET** ) | |
| **RECOVERY ASSOCIATES,** ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

This case is before the court on Plaintiff's Motion to Dismiss Defendant With Prejudice (Doc. #11), filed October 8, 2012. There being no opposition, the motion is **GRANTED** and it is hereby **ORDERED** that the above-styled action is **DISMISSED WITH PREJUDICE**, costs taxed as paid. FED. R. CIV. P. 41(a)(2).

**DONE** and **ORDERED** this ____11th____ day of October, 2012.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE